**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jack Traynum HOWARD, Defendant–Appellant.**

No. 01–6855.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 27, 2001.

Jack Traynum Howard, pro se. Bonnie S. Greenberg, Office of the United States Attorney, Baltimore, MD, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Jack Traynum Howard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Howard,* Nos. CR–94–444–JFM; CA–00–3088–JFM (D.Md. Mar. 21, 2001). We dispense with oral argument because the facts and legal

---

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Marvin Antonio White seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. White,* Nos. CR–97–63; CA–00–909–2 (E.D. Va. filed Apr. 24, 2001; entered Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*